# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: CR **08-3469-WHITE**

UNITED STATES OF AMERICA )
    Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL ACTION
)
**DARRYL JOHNSON II** )
    Defendant ) **81571 - 004**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: **11/13/08 @ 9:00** a.m./**pm**

(2) LANGUAGE(S) SPOKEN: **ENGLISH**

(3) OFFENSE(S) CHARGED: **18 USC 1344 BANK FRAUD**

(4) UNITED STATES CITIZEN:   (✓)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: **7/22/1987**

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[ ] INDICTMENT   [✓] COMPLAINT   CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: **11/13/08**   (9) ARRESTING OFFICER **Larry Johnson**

(10) AGENCY **USPIS**   (11) PHONE # **(954) 314-6355**

(12) COMMENTS _____